**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

HUAN WANG,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-CV-04954-CTS

**JUDGMENT**

Pursuant to the Order Denying Petition for Writ of Habeas Corpus filed November 18, 2026 (ECF No. 13), IT IS ADJUDGED that the Petition is denied.

DATED: November 19, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE